UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Boyd N. Boland<br>United States Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 07-cr-00429-REB-13 | FTR BNB AM |
| September 17, 2008 | |
| UNITED STATES OF AMERICA | Mark Barrett |
| v. | |
| PHI HAI HOANG NGUYEN | Harvey Steinberg |

MOTION HEARING [341]

Court in Session: 9:39 am

Court calls case and appearances of counsel.

Sue Heckman is present from pre-trial services.

Defense counsel addresses the court regarding motion [341].

Government addresses the court.

Defense counsel calls Officer Perez to the stand.

Witness sworn.

Defense counsel proceeds with witness examination.

Government proceeds with witness examination.

Government exhibits tendered to the court.

Government exhibits # 2, # 3, # 4, # 5 for this hearing only.

Witness excused.

**ORDERED:** Motion [341 ] is DENIED.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Court in recess: 10:13 am

Total time in court: 32 minutes

Hearing concluded.

*****Clerk's note: government exhibits returned to the United States Attorney.*