**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB-13

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13. PHI HAI HOANG NGUYEN,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on the defendant's **Second Motion For Reconsideration of Detention Order** [#515] filed March 27, 2009.  The motion is **DENIED** as moot.  The court notes that #515 is duplicative of #517, **Motion For District Court Review of Magistrate's Detention Order**, filed April 1, 2009, which was resolved by the court's **Order Denying Defendant Phi Hai Hoang Nguyen's Motion For Review of Detention Order** [#743] entered May 7, 2009.

    Dated:  June 29, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.