**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  07-cr-00429-REB-13

UNITED STATES OF AMERICA,

      Plaintiff,

v.

13.  PHI HAI HOANG NGUYEN,

      Defendant.

**ORDER APPROVING STIPULATION TO VACATE
THE SUPPRESSION HEARING SET FOR SEPTEMBER 8, 2009, AT 9:00 A.M.**

**Blackburn, J.**

The matter before me is the **Stipulation in Support of The Vacating of Suppression Hearing Set for September 8, 2009, at 9:00 A.M.** [#1038] filed September 23, 2009.  I approve the stipulation.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation in Support of The Vacating of Suppression Hearing Set for September 8, 2009, at 9:00 A.M.** [#1038] filed September 23, 2009, is **APPROVED**;

2.  That pursuant the stipulation, the government will not seek to introduce at trial the statements of the defendant that are the subject of defendant's motions to suppress; and

3.  That the suppression hearing set for September 8, 2009, is **VACATED**.

Dated September 24, 2009, at Denver, Colorado.

      BY THE COURT:

      Robert E. Blackburn
      United States District Judge