**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB-13

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13. PHI HAI HOANG NGUYEN,

    Defendant.

## MINUTE ORDER[1]

    At the oral request of the parties, the change of plea hearing previously set for August 6, 2010, is **VACATED** and is **CONTINUED** to **August 12, 2010**, at 11:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: August 5, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.